UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-7065

DEWAYNE BAKER,

Plaintiff - Appellant,

v.

COFFEEWOOD CORRECTIONAL CENTER; IVAN T. GILMORE, Warden; A. HICKS, Assistant Warden; K. H. TUCKER, Institutional Ombudsman; MARTIN T. BRYANT, Major; S. L. STULL, Correctional Officer; S. P. NEARY, Correctional Officer; J. A. ALAS-HENRIQUEZ, Correctional Officer; E. EMBREY, Correctional Officer; BARBARA JENKINS, Correctional Officer; JOSUE HUERTAS, Correctional Officer; H. JERNIGAN, Correctional Officer; WASHINGTON, Correctional Officer; A. KENNEY, Correctional Officer; K. STIDHAM, Correctional Officer; M. L. OLIVA, Correctional Officer; E. D. SALES, Institutional Property Officer; N. JOHNSON, Correctional Officer; T. L. POLLARD; GHASHEMPOUR, Special Housing Unit-Officer days; RALLS, Correctional Officer; MITCHELL, Correctional Officer (C. Mitchell's husband); HYLTON, Correctional Officer; SHIFLETT, Transportation Officer; ROBERTSON, Transportation Officer; JOHN DOE; JANE DOE; R. GALLAGER, Lieutenant; B. BARBARA, Lieutenant; H. C. NIBBLINS, Lieutenant; M. S. MILLER, Lieutenant; S. W. ROGERS, Lieutenant; E. M. MARTIN, Lieutenant; P. E. HARRIS, Lieutenant; E. J. MULLINS, Alternate Hearings Officer; M. W. BRICE; JOHN DOE, Lieutenant; JANE DOE, Lieutenant; STETVEN A. JONES, Captain; B. J. SETTLE, Captain; P. E. HIBBS, Captain; C. A. WARD, Captain; DOUGLAS GOURDINE, Institutional Program Manager; A. B. LONG, Unit Manager; LAWRENCE JONES, Unit Manager; DENISE HILLIAN, Unit Manager; SOWELL, Counselor; KIM SOUTTER, Americans with Disabilities Act Coordinator; C. LAWSON, Operation PST; S. COOPER, Law Librarian; DALE MORENO, Medical Contractor Mediko employee; GUJRAL, Medical Contractor Mediko employee; P. TATRO, Health Services Authority; MAYER, Director of Nursing; C. MITCHELL, Clerical; A. M. COLE, Clerical; BENTLEY, LPN; JEFFERIES, LPN; WARREN, RN; WYLES, RN; D. CONGER, LPN; BALDWIN, LPN; BAILEY, LPN; JOHN DOE, Medical Contractor Mediko

employee; JANE DOE, Medical Contractor Mediko employee; J. MOUBRAY, Accounting Employee; JULIA FABIAN, Special Housing Unit Counselor; T. HARVEY, Regional Ombudsman Central Region; MARCUS M. HODGES, Regional Administrator Central Region; KAREN L. STAPLETON; ERMA LOCUST, Ombudsman Manager; GAIL R. JONES, Central Classification Services Reviewer; HAROLD CLARKE, Director,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony John Trenga, District Judge. (1:17-cv-00653-AJT-TCB)

———————————

Submitted: January 31, 2019                    Decided: March 14, 2019

———————————

Before MOTZ, DIAZ, and HARRIS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

DeWayne Baker, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeWayne Baker appeals the district court's order dismissing his claims against Defendants Harvey, Hodges, Stapleton, Locust, Jones, and Clarke, severing the remaining claims and defendants, and transferring the case to the Western District of Virginia. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Baker v. Coffeewood Corr. Ctr.*, No. 1:17-cv-00653-AJT-TCB (E.D. Va. Aug. 2, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*